**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| STEVEN SORG )<br>)<br>)<br>PLAINTIFF )<br>v. )<br>)<br>ZWICKER & ASSOCIATES, P.S.C. )<br>a/k/a ZWICKER & ASSOCIATES, P.C. )<br>)<br>DEFENDANT )<br>_____ ) | Case No.  2:11-cv-00006-DLB -CJS<br><br>ELECTRONICALLY FILED |

**ZWICKER & ASSOCIATES' SEALED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PURSUANT TO 12(b)(6) FOR FAILURE TO STATE A CLAIM, AND POTENTIAL DISCLOSURE OF PRIVILEGED COMMUNICATIONS AND CONFIDENTIAL INFORMATION, OR IN THE ALTERNATIVE,
FOR AN *IN CAMERA* REVIEW OF ALL PLEADINGS**

**FILED SEPARATELY UNDER SEAL**

Dated January 19, 2011

                                    Respectfully submitted,

                                    /s/ Jan M. West_____
                                    Jan M. West
                                    GOLDBERG SIMPSON, LLC
                                    9301 Dayflower Street
                                    Prospect, KY  40059
                                    Phone:(502) 589-4440/Fax:  (502) 581-1344
                                    jwest@goldbergsimpson.com
                                    *Counsel for Defendant,*
                                    *Zwicker & Associates, P.S.C.*
                                    *a/k/a Zwicker & Associates, P.C.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 19th day of January, 2011, I electronically filed the foregoing document with the clerk of the USDC court using the CM/ECF system, which will send a notice of electronic filing to the following registered CM/ECF participants:

  Barbara D. Bonar:   bdbonar@lawatbdb.com, mneiheisel@lawatbdb.com
  Theresa Marie Mohan:   tmohan@lawatbdb.com


                /s/ Jan M. West_____
                Jan M. West